```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 02461
   MARK A POCKRUS
   KATHRYN A POCKRUS                            CHAPTER 13

                                                JUDGE: BRUCE W BLACK
           Debtor
   SSN XXX-XX-3726    SSN XXX-XX-2203
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 02/04/08 and confirmed on 04/02/08.

    2.  The case was dismissed after confirmation, 01/30/2009.

    3.  The Debtor paid a total of $    4750.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY MORTGAGE | MORTGAGE ARRE | .00 | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED VEHIC | 17798.00 | 1097.43 | 2172.74 |
| AT&T | UNSECURED | 134.83 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 670.05 | .00 | .00 |
| COMED | UNSECURED | 326.28 | .00 | .00 |
| MUTUAL HOSPITAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY CARE & HEALTH | UNSECURED | NOT FILED | .00 | .00 |
| KATHY EDWARDS | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 207.24 | .00 | .00 |
| NICOR GAS | UNSECURED | 1118.29 | .00 | .00 |
| PEOTONE BANK & TRUST CO | UNSECURED | NOT FILED | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ST MARGARET MERCY HEALTH | UNSECURED | NOT FILED | .00 | .00 |
| ST MARGARET | UNSECURED | NOT FILED | .00 | .00 |
| GMAC PAYMENT CENTER | UNSECURED | 504.48 | .00 | .00 |

Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 17798.00 | .00 | 2961.17 | .00 | 20759.17 |
| PRINCIPAL PAID | 2172.74 | .00 | .00 | .00 | 2172.74 |
| INTEREST PAID | 1097.43 | .00 | .00 | .00 | 1097.43 |
| TOTAL PAID | 3270.17 | .00 | .00 | .00 | 3270.17 |

The Debtor's attorney, FELD & KORRUB LLC                 , was allowed $   3500.00
and was paid $    500.00  direct and $   1208.03  through the plan.

The Trustee received $    271.80 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/12/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


PAGE   2
CASE NO. 08 B 02461 MARK A POCKRUS & KATHRYN A POCKRUS